```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
          COLUMBUS DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | * |
| CALVIN SCREWS, | *  CASE NO. 4:15-CR-4-CDL-MSH |
| Defendant. | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on February 4, 2019. Although the Court granted Defendant's motion for a 30-day extension to file objections, none were filed as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 3rd day of April, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA